**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TINA MONTGOMERY
and KAREN JOHNSON**                                                                    **PLAINTIFFS**

**v.**                                                   **Case No. 4:13-cv-00298-KGB**

**O'CONNOR ENTERPRISE GROUP,
INC., d/b/a EPC GROUP.NET, and
ERRIN O'CONNER**                                                                           **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order and Opinion filed on this date, the Court enters Judgment in favor

of plaintiffs against O'Connor Enterprise Group in the amount of $27,973.16 for wages due Ms.

Montgomery, $8,347.31 for wages due Ms. Johnson, $20,685.00 for attorney's fees, and

$5,150.00 for half of the fees paid by plaintiffs to the AAA.  The Court dismisses without

prejudice the claims against Errin O'Connor.

IT IS SO ADJUDGED this 29th day of January, 2014.


_____
KRISTINE G. BAKER
 UNITED STATES DISTRICT JUDGE