IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TINA MONTGOMERY
and KAREN JOHNSON                                                                               PLAINTIFFS

v.                        Case No. 4:13-cv-00298-KGB

O'CONNOR ENTERPRISE GROUP,
INC., d/b/a EPC GROUP.NET, and
ERRIN O'CONNER                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order and Opinion filed on this date, the Court enters Judgment in favor of plaintiffs against O'Connor Enterprise Group in the amount of $27,973.16 for wages due Ms. Montgomery, $8,347.31 for wages due Ms. Johnson, $20,685.00 for attorney's fees, and $5,150.00 for half of the fees paid by plaintiffs to the AAA. The Court dismisses without prejudice the claims against Errin O'Connor.

IT IS SO ADJUDGED this 29th day of January, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE